# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| **Joseph Friel** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 3:25-CV-01460-JFS |
| | ) |
| **Rome Enterprises, Inc.** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, _Abby Casey_, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Rome Enterprises, Inc. in Luzerne County, PA on August 9, 2025 at 2:15 pm at 1230 Wyoming Avenue, Forty Fort, PA 18704 by leaving the following documents with Pat Constantino who as Authorized Employee is authorized by appointment or by law to receive service of process for Rome Enterprises, Inc..

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT

Additional Description:
Upon entering the business, no employees were visible on the sales floor. I observed an "Employees Only" door at the rear of the sales floor that was open and called out. A man who identified himself as Pat came out. He attempted to call his manager and looked in other offices for someone to come out to accept service but was unable to locate anyone. Pat then walked out of my line of sight into an office, returned, and stated he was authorized to accept service. He provided his business card, identifying himself as Pat Constantino, and stated he would deliver the documents to the business owner.

White Male, est. age 55, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Luzerne County  ,  Signature
 PA  on  8-14-25  .

+1 (303) 578-8682