IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on
behalf of a class of all persons and
entities similarly situated**,**

        Plaintiff,

  v.

ROME ENTERPRISES, INC. d/b/a
ROME BATH REMODELING.,

        Defendant.

**CASE NO. 3:25-cv-01460**

## DEFENDANT ROME ENTERPRISES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Defendant Rome Enterprises, Inc. ("Rome") moves the Court for an extension of thirty days—through and including October 1, 2025—to respond to Plaintiff's Class Action Complaint. In support, Defendant states as follows:

1. Defendant's current responsive pleading deadline is September 2, 2025. Dkt. No. 5 (served on August 9, 2025). That deadline has not yet passed.

2. Defendant has been diligently investigating the claims but requires more time to respond given the undersigned counsel's recent involvement and preexisting professional commitments.

3. This is the first request to extend Defendant's deadline to respond.

4. Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

5. This request is made for good cause and not for the purpose of delay. *See, e.g., Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

6. A proposed Order is filed with this motion.

Defendant therefore respectfully requests that the Court grant this motion and allow it until October 1, 2025, to answer, move, or otherwise respond to the Complaint.

Dated: August 26, 2025  Respectfully submitted,

*/s/ Matthew A. Lipman*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Matthew A. Keilson*
GA 216676
mkeilson@wtlaw.com
Melanie Ng Silva*
FL 1031439
mngsilva@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
*Pro hac vice* forthcoming

*Counsel for Defendant Rome Enterprises, Inc. d/b/a Rome Bath Remodeling.*

## LOCAL RULE 7.1(b) CONFERENCE

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on August 22, 2025 regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the requested relief.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Matthew A. Lipman*
Matthew A. Lipman, Esquire
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Lipman*
Matthew A. Lipman, Esquire
*Counsel for Defendant*