IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 25-cv-01460 |
| ROME ENTERPRISES, INC. d/b/a ROME BATH REMODELING., | : : : | |
| Defendant. | | |

## ORDER

**AND NOW**, this \_\_\_\_ day of _____ 2025, upon consideration of Defendant Rome Enterprises, Inc. d/b/a Rome Bath Remodeling's Uncontested Motion for an Extension of Time to Respond to the Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **October 1, 2025**, to respond to the Complaint.

BY THE COURT:

_____
**HON. JOSEPH F. SAPORITO, JR.**