IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, : : : : Plaintiff, : v. : : ROME ENTERPRISES, INC. d/b/a ROME BATH REMODELING., : : : Defendant. | CIVIL ACTION<br><br>NO. 25-cv-01460 |

## ORDER

AND NOW, this 25th day of Sept. 2025, upon consideration of Defendant Rome Enterprises, Inc. d/b/a Rome Bath Remodeling's Uncontested Motion for a Second Extension of Time to Respond to the Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **October 22, 2025**, to respond to the Complaint.

BY THE COURT:

*Joseph F. Saporito, Jr.*
HON. JOSEPH F. SAPORITO, JR.