IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | CIVIL ACTION |
| Plaintiff, v. | NO. 25-cv-01460 |
| ROME ENTERPRISES, INC. d/b/a ROME BATH REMODELING., | |
| Defendant. | |

FILED
WILKES-BARRE
OCT 21 2025
PER M5
DEPUTY CLERK

## ORDER

AND NOW, this 21st day of October 2025, upon consideration of Defendant Rome Enterprises, Inc. d/b/a Rome Bath Remodeling's Uncontested Motion for a Third Extension of Time to Respond to the Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **November 6, 2025**, to respond to the Complaint.

BY THE COURT:

_Joseph F. Saporito, Jr._
JOSEPH F. SAPORITO, JR., U.S.D.J.