IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

  v.

ROME ENTERPRISES, INC. d/b/a ROME BATH REMODELING.,

    Defendant.

**CASE NO. 3:25-cv-01460**

## JOINT NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to Plaintiff's individual claims within 60 days (likely sooner).

The parties respectfully request that the Court vacate all deadlines and hearings pending the filing of the dismissal stipulation.

Dated: November 3, 2025

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

*/s/ Matthew A. Lipman*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire

1

mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Matthew A. Keilson*
GA 216676
mkeilson@wtlaw.com
Melanie Ng Silva*
FL 1031439
mngsilva@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 779-5189
Fax: (404) 537-1650
*Pro hac vice forthcoming

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony I. Paronich*