## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, *individually*
*and on behalf of a class of all*
*persons and entities similarly*
*situated,*

   Plaintiff

    v.

ROME ENTERPRISES, INC.,
*d/b/a* ROME BATH
REMODELING,

   Defendant

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL NO. 3:25-CV-1460

JUDGE SAPORITO

FILED
WILKES BARRE
NOV 04 2025
PER
DEPUTY CLERK

## ORDER

**AND NOW**, this 4th day of **November, 2025,** counsel for the
parties having informed the Court that the matter has settled (Doc.
12), **IT IS HEREBY ORDERED THAT** this action is hereby
**DISMISSED** without costs and without prejudice to the right, upon
good cause shown within sixty (60) days, to reinstate the action if

settlement is not consummated.  The Clerk of Court shall note the

docket of this action accordingly.


JOSEPH F. SAPORITO, JR.
United States District Judge