# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

v.

ROME ENTERPRISES, INC. d/b/a ROME BATH REMODELING.,

    Defendant.

**CASE NO. 3:25-cv-01460**

## NOTICE OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: December 16, 2025

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony I. Paronich*